UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JORDAN MEADOW, and<br>STEVEN TEIXEIRA<br><br>　　　　　　　　Defendants. | ECF Case<br><br>No. 23 Civ. 5573 (JLR) |

　　　　WHEREAS, on August 23, 2023, the Government submitted a motion seeking to intervene in this action and seeking a stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Jordan Meadow*, 23 Cr. 313 (ALC) (the "Criminal Action"), in which an indictment has been returned; and

　　　　neither the SEC nor Defendants object to the motion; and

　　　　WHEREAS, the Court finds that a full stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

　　　　**ORDERED** that the Government's motion to intervene is GRANTED. It is further

　　　　**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action.   The stay of this action does not prevent the parties to this action from proposing consent judgments to the Court and does not apply to the Court's entry of any such proposed consent judgments.

SO ORDERED:

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

August 24, 2023
DATE